TODD BLANCHE
Deputy Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
Nevada Bar Number 8264
CLAY A. PLUMMER
Nevada Bar Number 6778
Special Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
clay.plummer@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MANUEL FERNANDEZ-VENTURA,<br>　aka "Manuel Fernandez,"<br><br>　　　　Defendant. | Case No. 2:25-mj-00773-DJA<br><br>**Motion to Dismiss the Complaint Without Prejudice** |

The complaint in this case charges defendant Manuel Fernandez-Ventura with violating 8 U.S.C. § 1326 (Deported Alien Found in the United States). Based on a thorough review of the evidence and additional information provided by defendant, the Government has concluded that the interests of justice require dismissal of the complaint at this time.

/ / /

/ / /

/ / /

/ / /

Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves for leave of Court to dismiss the complaint without prejudice.

Respectfully submitted this 12th day of January, 2026.

                                TODD BLANCHE
                                Deputy Attorney General

                                */s/ Clay A. Plummer*
                                CLAY A. PLUMMER
                                Special Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00773-DJA |
| Plaintiff, | |
| v. | **Order Granting Motion to Dismiss the Complaint Without Prejudice** |
| MANUEL FERNANDEZ-VENTURA, aka "Manuel Fernandez," | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the complaint against Defendant Manuel Fernandez-Ventura.

TODD BLANCHE
Deputy Attorney General

*/s/ Clay A. Plummer*
CLAY A. PLUMMER
Special Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal. DATED this 13th day of January 2026.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE